# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0122.  BRYAN D. SHILOH v. R. RUCKER SMITH, JUDGE.

Bryan D. Shiloh filed this original "Writ of Mandamus to Compel" in this Court.  However, to the extent Shiloh seeks mandamus relief compelling Judge R. Rucker Smith to act in Shiloh's underlying case, he must first present his request to the superior court.  "Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction, and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983).  This is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 483 (2) (738 SE2d 614) (2013).  Until such time as Shiloh has pursued relief in superior court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction.  Accordingly, Shiloh's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/18/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*